DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EMILIANO GIRON-CORTEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  *Plaintiff,*<br><br>  v.<br><br>EMILIANO GIRON-CORTEZ,<br><br>  *Defendant.* | No. 1:10-cr-00440 AWI<br><br>**AMENDED**<br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON<br><br>Date: January 24, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, IAN GARRIQUES, Assistant United States Attorney, counsel for plaintiff, and JEREMY S. KROGER, Assistant Federal Defender, counsel for defendant, EMILIANO GIRON-CORTEZ, that the date for status conference in this matter may be continued to January 24, 2011, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is January 3, 2011.  The requested new date is January 24, 2011.**

This continuance is requested by defense counsel to allow for continuity of counsel as counsel will be out of the country on vacation the first week of January.  Assistant U.S. Attorney, Ian Garriques, does not object to the requested continuance.

///

///

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: December 2, 2010 | By   /s/ Ian Garriques<br>IAN GARRIQUES<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: December 2, 2010 | By   /s/ Jeremy S. Kroger<br>JEREMY S. KROGER<br>Assistant Federal Defender<br>Attorney for Defendant<br>Emiliano Giron-Cortez |

## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   December 3, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE