DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EMILIANO GIRON-CORTEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:10-cr-00440 AWI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE AND ORDER THEREON |
| | ) | |
| EMILIANO GIRON-CORTEZ, | ) | Date: February 22, 2011 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Anthony W. Ishii |
| | ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, IAN GARRIQUES, Assistant United States Attorney, counsel for plaintiff, and JEREMY S. KROGER, Assistant Federal Defender, counsel for defendant, EMILIANO GIRON-CORTEZ, that the date for status conference in this matter may be continued to February 22, 2011, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is January 24, 2011.  The requested new date is February 22, 2011.**

   This continuance is requested by defense counsel to allow additional time for defense investigation and preparation prior to the status conference.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded as necessary for
2  effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: January 19, 2011     By     /s/ Ian Garriques
                                   IAN GARRIQUES
                                   Assistant United States Attorney
                                   Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: January 19, 2011     By     /s/ Jeremy S. Kroger
                                   JEREMY S. KROGER
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   Emiliano Giron-Cortez


**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   January 19, 2011
                                                            _____
                                                            CHIEF UNITED STATES DISTRICT JUDGE